MARIETTE LESLIE-COTTON, Appellant, v. HUGH D. COTTON, Individually and as Trustee, and Others, Respondents.— Judgment unanimously affirmed, with costs to the respondent Hugh D. Cotton. No opinion. Present — Martin, P. J., O'Malley, Townley and Glennon, JJ.

MORAN BROTHERS CONTRACTING Co., INC., Appellant, v. THE CITY OF NEW YORK, Respondent.— Determination unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Cohn, JJ.

GERTRUDE LOWENSTEIN, Appellant, v. JACOB LOWENSTEIN, Respondent.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, on Complaint of SAUL AXELROD, Respondent, against JOHN F. O'CONNOR, Appellant.— Judgment unanimously reversed, the information dismissed and the fine remitted, on the ground that the evidence failed to establish the guilt of defendant beyond a reasonable doubt. Present — Martin, P. J., O'Malley, Townley, Glennon and Cohn, JJ.

SYLVAIN R. LIVINGSTON, Respondent, v. ALFRED C. BLUMENTHAL, Appellant. (Action No. 1.) — Order unanimously affirmed, and judgment entered thereon modified by allowing interest on the sum of $5,000 from April 9, 1934, and as so modified affirmed, without costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Cohn, JJ.

MAX KALLENBERG, Respondent, v. RHEA SLADE KALLENBERG, Appellant.— Judgment unanimously affirmed, without costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HANS WULF, Appellant.— Judgment unanimously reversed, the information dismissed and the fine remitted, on the ground that the evidence fails to establish the guilt of the defendant beyond a reasonable doubt. Present — Martin, P. J., O'Malley, Townley, Glennon and Cohn, JJ.

THE NATIONAL CITY BANK OF NEW YORK, as Trustee under Deed of Trust Made by JAMES E. O'NEIL, Dated September 6, 1928, Appellant, v. TERESA O'NEIL SNYDER and Others, Defendants, Impleaded with WAYNE VINCENT O'NEIL, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Cohn, JJ.

In the Matter of SAMUEL E. LEVINE, an Attorney.— Proceeding dismissed. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Dore, JJ.

In the Matter of CARL J. LEWIS, an Attorney.— Reference ordered. Present — Martin, P. J., O'Malley, Townley, Glennon and Cohn, JJ.

In the Matter of MORRIS AARON LICHTMAN (Also Known as MORRIS A. LICHTMAN), an Attorney.— Reference ordered. Present — Martin, P. J., O'Malley, Townley, Glennon and Cohn, JJ.